UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DWAN OTTO,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT LLC, et al.,

    Defendants.

C18-494 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by July 13, 2018, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on April 17, 2018, docket no. 3. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of June, 2018.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1